UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. **25cr10059** |
| v. | ) Violations: |
| (1) NATALIO MIRANDA, | ) Count One: Possession of a Machinegun |
| (2) JONATHAN ALVES, | ) (18 U.S.C. § 922(o)) |
| (3) ROMEO MILLER, and | ) |
| (4) JAHLEIL MONTEIRO, | ) Counts Two, Three, and Four: Felon in |
| | ) Possession of Ammunition |
| Defendants | ) (18 U.S.C. § 922(g)(1)) |
| | ) Count Five: Accessory After the Fact |
| | ) (18 U.S.C. § 3) |
| | ) Firearm Forfeiture Allegation: |
| | ) (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Possession of a Machinegun
(18 U.S.C. § 922(o))

The Grand Jury charges:

On or about June 2, 2024, in Brockton, in the District of Massachusetts, the defendant,

(1) NATALIO MIRANDA,

did knowingly possess a weapon which shot automatically more than one shot of .40 caliber ammunition, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

COUNT TWO
Felon in Possession of Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about June 2, 2024, in Brockton, in the District of Massachusetts, the defendant,

(1) NATALIO MIRANDA,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is, at least one round of Federal .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT THREE</u>
Felon in Possession of Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about June 2, 2024, in Brockton, in the District of Massachusetts, the defendant,

(2) JONATHAN ALVES,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a

term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is,

one or more rounds of 9 millimeter ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT FOUR</u>
Felon in Possession of Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about June 2, 2024, in Brockton, in the District of Massachusetts, the defendant,

(3) ROMEO MILLER,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is, one or more rounds of 9 millimeter ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FIVE
Accessory After the Fact
(18 U.S.C. § 3)

The Grand Jury further charges:

On or about June 2, 2024, in Brockton, in the District of Massachusetts, the defendant,

(4) JAHLEIL MONTEIRO,

knowing that an offense against the United States had been committed, to wit, knowingly being a felon in possession of ammunition, did receive, relieve, comfort, and assist the offender, (3) ROMEO MILLER, in order to hinder and prevent the offender's apprehension, trial, and punishment.

All in violation of Title 18, United States Code, Section 3.

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.     Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and (o) set forth in Counts One through Five, the defendants,

(1) NATALIO MIRANDA,
(2) JONATHAN ALVES,
(3) ROMEO MILLER, and
(4) JAHLEIL MONTEIRO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

   a.   One or more rounds of Federal .40 caliber ammunition;

   b.   One or more rounds of Ammo Inc. Luger 9 millimeter ammunition;

   c.   One or more rounds of Fiocchi 9 millimeter ammunition; and

   d.   One or more rounds of Hornady .380 caliber ammunition.

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendants --

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
CHRISTOPHER POHL
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: February 13, 2025

Returned into the District Court by the Grand Jurors and filed.

/s/ Thomas F. Quinn    @ 1:10pm
_____
DEPUTY CLERK